IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dortch, Tarasia | Case Number: 07 B 16496 |
|---|---|---|
| | Dortch, Johnny | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,044.50 | |
| Secured: | | 1,500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 107.97 |
| Administrative: | | 3,881.00 |
| Trustee Fee: | | 324.53 |
| Other Funds: | | 231.00 |
| Totals: | 6,044.50 | 6,044.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,881.00 | 3,881.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 30,085.29 | 1,500.00 |
| 6. | Washington Mutual | Secured | 28,638.22 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 3,688.54 | 61.26 |
| 8. | Internal Revenue Service | Priority | 2,812.38 | 46.71 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 1.71 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 111.96 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 30.59 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 170.69 | 0.00 |
| 13. | Sir Finance Corporation | Unsecured | 61.10 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 206.25 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,445.83 | 0.00 |
| 16. | Capital One | Unsecured | 107.93 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 255.31 | 0.00 |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Bank One | Unsecured | | No Claim Filed |
| 20. | Child Support Enforcement | Unsecured | | No Claim Filed |
| 21. | Columbia House | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Capital Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dortch, Tarasia
Dortch, Johnny
Printed: 6/24/08

Case Number: 07 B 16496
Judge: Wedoff, Eugene R
Filed: 9/11/07

| | | | |
|---|---|---|---|
| 26. Medical Collections | Unsecured | | No Claim Filed |
| 27. Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 28. NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. Newport News | Unsecured | | No Claim Filed |
| 30. Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 31. Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 32. Washml/Prov | Unsecured | | No Claim Filed |
| 33. Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 71,496.80 | $ 5,488.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 261.96 |
| 6.5% | 62.57 |
| | _____ |
| | $ 324.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

